

# Fourth Court of Appeals
## San Antonio, Texas

May 17, 2021

No. 04-20-00494-CV

**AMERICAN MEDICAL HOME HEALTH SERVICES, LLC**, Hub City Home Health, Inc. d/b/a American Medical Home Health Services, American Medical Home Health Services San Antonio, LLC, American Medical Hospice Care, LLC, American Medical Palliative Support, LLC,  Magdalena (Maggie) Clemente, Rene Estrada, and Gina Trevino,
Appellants

v.

**LEGACY HOME HEALTH AGENCY, INC.** and Legacy Home Care Services, Inc. d/b/a All Seasons Home Care, Inc.,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-09053
Honorable David A. Canales, Judge Presiding

# O R D E R

Sitting:       Luz Elena D. Chapa, Justice
                    Irene Rios, Justice
                    Beth Watkins, Justice

This is an accelerated appeal from the following interlocutory orders: (1) the "Temporary Injunction [September 25, 2020]" and "Order Correcting Temporary Injunction Entered [September 25, 2020]", signed September 30, 2020; (2) the "Modified Temporary Injunction" signed by the trial court November 30, 2020; and (3) the "Order Denying Defendants' Oral Motion to Dissolve Agreed Temporary Injunction," signed November 24, 2020.

Appellants previously filed their second and third motions for review of additional orders, seeking interlocutory appellate review of enforcement and sanctions orders signed January 27, 2021, January 28, 2021, January 29, 2021, and February 25, 2021. Those motions have been carried with the case.

The appellate record was complete on April 29. 2021, and appellants' brief is due May 18, 2021.

On April 28, 2021, appellants filed their amended fourth amended notice of appeal, and a fourth motion to review further orders. Appellants seek review in this appeal of identical orders signed by the trial court on March 30, 2021 and April 20, 2021, entitled "Order Denying Defendants' Motion to Dissolve June 5, 2020 Corrected Agreed Temporary Injunction Based on the November 30, 2020 Modified Temporary Injunction." Appellants separately move for an extension of time to file the notice of appeal, stating they did not receive a copy of the March 30, 2021 order and did not become aware of it until April 28, 2021, when they were preparing documents related to the appeal of the April 20 order. The amended fourth amended notice of appeal and motion for extension of time to appeal the March 30, 2021 order were filed within fifteen days of the due date for filing the notice of appeal. Appellants' motion to review further orders states inclusion of the order "will not delay the appeal" and "will not cause the briefing deadline to be delayed."

We **grant** appellants' motion for extension of time to file the amended fourth amended notice of appeal. We **grant** appellants' motion to review the March 30, 2021 order. We **order** appellants' brief addressing all issues it intends to raise in this appeal remains due May 18, 2021.

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of May, 2021.

MICHAEL A. CRUZ, Clerk of Court